### STATE v SMITH

Ohio Supreme Court
No 22543. Decided Feb. 4, 1931

Matthias, Day, Allen and Kinkade, JJ., concur; Robinson, J., concurs in the syllabus and in the judgment; Marshall, C. J., dissents.

Full opinion will be published later. Watch **Omnibus Index.**

### CENTRAL OHIO LINES, INC v P U C

Ohio Supreme Court
No 22486. Decided Feb. 4, 1931

Marshall, C. J., Jones, Day and Kinkade, JJ., concur.

Full opinion will be published later. Watch **Omnibus Index.**